FILED
October 30, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JIAN HONG LIANG, )<br>)<br>Defendant. ) | Case No. 2:06-cr-337 EJG<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JIAN HONG LIANG; Case 2:06-cr-337 EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Secured bond in the amount $450,000.00 and/or all available equity in the two properties offered. Agreement to forfeit property, signed by defendant and Lena Yang, to be filed today.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) Pretrial conditions/supervision.

Issued at Sacramento, CA on 10/30/09 at 10:40 a.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge