UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | 2:06-cr-337 EJG |
| vs. ) | ORDER |
| ) | |
| JIAN HONG LIANG ) | |

      The defendant is hereby ordered released from the custody of the U. S. MARSHAL, forthwith.

          /s/ Edward J. Garcia
          EDWARD J. GARCIA
          SR. U. S. DISTRICT JUDGE

Dated:   June 22, 2011