

**TO:**   Colleen Lydon
Courtroom Clerk To the Honorable
Edward J. Garcia

**FROM:**   Patrick K. Hanly, Attorney for Defendant Jian Hong Liang

**DATE:**   August 2, 2011

**RE:**   U.S. v. Liang, CR S 06-337- EJG
Continuance of Judgment and Sentencing

The above matter is scheduled for judgment and sentencing on **9-16-11**. The defense is requesting more time to prepare for the sentencing because defense counsel just took over the case for sentencing and needs to review the file. The following proposed sentencing schedule is offered by the government and defendant:

Judgment and Sentencing date:                                **11/18/11**

Opposition or Statement of Non Opposition Due:           **11/11/11**

Motion for Correction of the presentence report shall be filed with the Court and served
on the probation officer and opposing counsel no later than: **11/4/11**

 The pre-sentence report shall be filed with the Court and disclosed to counsel no later than:
                                                             **10/28/11**

Counsel's written objections to the presentence report shall be delivered to the probation officer
and opposing counsel no later than:                         **10/21/11**

The draft presentence report shall be disclosed to counsel no later than: **10/7/11**

cc: Heiko Coppola– AUSA, Linda Alger, USPO

IT IS SO ORDERED

8/3/11

memo re continuance of sentencing.docx