Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
Jian Hong Liang

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JIAN HONG LIANG,<br><br>    Defendant. | Case Nos: 06-337 and 06-390 EJG<br><br>**REQUEST TO EXONERATE APPEARANCE BOND & ORDER**<br><br>**Date: N/A**<br>**Time: N/A**<br>**Courtroom: Honorable  Edward J. Garcia** |

   Defendant was released on an appearance bond secured by the equity in real property pending trial.  Defendant was convicted at trial and is currently in custody awaiting sentencing.  Defendant now requests that the appearance bond be exonerated.

Dated: August 5, 2011            _____/s/_____
                                 Patrick K. Hanly

   **IT IS SO ORDERED**.

   Dated: August  9 2011         /s/ Edward J. Garcia_____
                                 HONORABLE EDWARD J. GARCIA
                                 United States District Court Judge

REQUEST TO EXONERATE BOND