



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# MEMORANDUM AND ORDER

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

ᏟᎬᎫᏫ.

RE: Jiang Hong LIANG
Docket Number: 2:06CR00337-07
2:06CR00360-01
**CONTINUANCE OF JUDGMENT
AND SENTENCING; ORDER**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from 11/18/2011 to 01/13/2012 at 10am. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The Probation Officer was out of the district in training and has been unable to conduct the probation interview.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

LINDA L. ALGER
Senior United States Probation Officer

**REVIEWED BY:**

HUGO ORTIZ
**Supervising United States Probation Officer**

Dated: September 28, 2011
Sacramento, California

1

Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG

**RE:   Jiang Hon LIANG**
**Docket Number:   2:06CR00337-01 and 2:06CR00390-01**
**<u>CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER</u>**

LLA

Attachment

cc:   Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ Approved

_____   10/3/11
**EDWARD J. GARCIA**
**Senior United States District Judge**   **Date**

___ Disapproved

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>**Jiang Hong LIANG**<br><br>Defendant.<br>_____/ | Docket Number:   2:06CR00337-07<br>                              2:06CR00360-01<br><br>SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 01/13/2012 @ 10am |
| Reply, or Statement of Non-Opposition: | 01/06/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/30/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 12/23/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 12/16/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 12/02/2011 |

Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG