# LAW OFFICE OF PATRICK K. HANLY
## MEMORANDUM AND ORDER



**FILED**
MAY 17 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**TO:** Colleen Lydon
Courtroom Clerk To the Honorable
Edward J. Garcia

**FROM:** Patrick K. Hanly, Attorney for Defendant Jian Liang

**DATE:** May 17, 2012

**RE:** U.S. v. Liang, CR S 06-337 and 06-390 EJG
Continuance of Judgment and Sentencing

The above matter is scheduled for judgment and sentencing on June 29, 2012. The following new proposed sentencing schedule is offered by the government and defendant:

Judgment and Sentencing date: **9/28/2012**

Reply or Statement of Non-opposition to be filed no later than **09/21/2012**

Motion for Correction of the presentence report shall be filed with the Court and served on the probation officer and opposing counsel no later than: **09/14/2012**

The pre-sentence report shall be filed with the Court and disclosed to counsel no later than: **09/07/20/12**

Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: **08/31/2012**

The proposed presentence report shall be disclosed to counsel no later than: **08/17/2012**

cc: Heiko Coppola– AUSA, Linda Alger, USPO

IT IS SO ORDERED

_[signature]_
5/17/12

U.S. v. Liang. 06-337. 06-390memo re
continuance of sentencing 4.docxdoc