# LAW OFFICE OF PATRICK K. HANLY
## MEMORANDUM

**FILED**

**OCT 1 1 2012**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| **TO:** | Colleen Lydon<br>Courtroom Clerk To the Honorable<br>Edward J. Garcia |
| **FROM:** | Patrick K. Hanly, Attorney for Defendant Jian Liang |
| **DATE:** | October 10, 2012 |
| **RE:** | U.S. v. Liang, CR S 06-337 and 06-390 EJG<br>Continuance of Judgment and Sentencing |

The above matter is scheduled for judgment and sentencing on November 16, 2012. Defense counsel will be in a state court trial during the scheduled dates for responses to the PSR. and is requesting a new sentencing date, and PSR schedule. The probation officer and prosecutor agree with the proposed schedule. The following proposed sentencing schedule is offered by the government, probation and defense:

Judgment and Sentencing date:                                    **1/25/13**

Reply or Statement of Non-opposition to be filed no later than **1/18/13**

Motion for Correction of the presentence report shall be filed with the Court and served
on the probation officer and opposing counsel no later than: **1/11/13**

 The pre-sentence report shall be filed with the Court and disclosed to counsel no later than:
**1/4/13**

Counsel's written objections to the presentence report shall be delivered to the probation officer
and opposing counsel no later than:                             **12/21/12**

The proposed presentence report shall be disclosed to counsel no later than: **N/A (already disclosed)**

cc: Todd Pickles– AUSA, Linda Alger, USPO

**IT IS SO ORDERED**

( 0 / 11 / 12

U.S. v. Liang, 06-337, 06-390memo re
continuance of sentencing 5doc